IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LORENZO PAYTON, )
)
        Plaintiff, )
)
  v. )
) 1:20-cv-801
S. HOLCOMB, Albemarle C.I. )
Correctional Sergeant II, )
FNU BAKER, Albemarle C.I. )
Correctional Officer, and )
FNU LOWDER, Albemarle C.I. )
Correctional Officer, )
)
        Defendants. )

## ORDER

On May 15, 2024 the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 40, 41.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 40), is **ADOPTED. IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, (Doc. 33), is **GRANTED** and this action is hereby **DISMISSED.**

A Judgment dismissing this action will be filed contemporaneously herewith.

This the 28th day of June, 2024.

/s/ William L. Osteen, Jr.
United States District Judge